Christina H. Wang
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 100
Las Vegas, Nevada 89134
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MLS HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>1012 BASS A LV PROPERTY TRUST,<br><br>Defendant. | Case No.: 2:18-cv-00477-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT (DKT 1)**<br><br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Christina H. Wang, Esq. of Fidelity National Law Group, counsel for Plaintiff MLS Holdings, LLC ("Plaintiff") and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates, counsel for Defendant 1012 Bass A LV Property Trust ("Defendant"), as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Defendant's deadline to respond to Plaintiff's Complaint (DKT 1), which is currently due April 11, 2018, shall be extended to April 23, 2018.

| | |
|---|---|
| FIDELITY NATIONAL LAW GROUP | BRAUER, DRISCOLL, SUN AND ASSOCIATES |
| /s/Christina H. Wang | /s/Jeff Brauer |
| CHRISTINA H. WANG, ESQ.<br>Nevada Bar No. 9713<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff* | JEFF BRAUER, ESQ.<br>Nevada Bar No. 13834<br>3333 East Serene, Suite 150<br>Henderson, Nevada 89074<br>*Attorneys for Defendant* |

**Fidelity National Law Group**
8363 W. Sunset Rd, Suite 120
Las Vegas, Nevada 89113
(702) 667-3000

**ORDER**

UPON STIPULATION of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant's deadline to respond to the Plaintiff's Complaint (DKT 1) shall be extended to April 23, 2018.

DATED this 23rd day of March, 2018.

###### UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

FIDELITY NATIONAL LAW GROUP

/s/Christina H. Wang
CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

**Fidelity National Law Group**
8363 W. Sunset Rd, Suite 120
Las Vegas, Nevada 89113
(702) 667-3000