Jeff Brauer Esq.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
Brauer, Driscoll, Sun and Associates LLC
Henderson, Nevada 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986
Email: jeff.brauer@brauerdriscoll.com
*Counsel for Defendant 1012 NC Property Trust, Trustee for 1012 Bass A LV Property* Trust

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| MLS HOLDINGS, LLC | Case No.: 2:18-cv-477-GMN (PAL) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION** |
| vs. | |
| 1012 BASS A LV PROPERTY TRUST; NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION; DOES I through X and BLACK AND WHITE CORPORATIONS I through X, | |
| Defendants. | |

*/ / /*

*/ / /*

*/ / /*
*THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 388-8300

**IT IS HEREBY STIPULATED AND AGREED** by and between Christina H. Wang, Esq. of Fidelity National Law Group, counsel for Plaintiff MLS Holdings, LLC ("Plaintiff") and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates, counsel for Defendant 1012 Bass A LV Property Trust ("Defendant"), as follows: The caption to this case shall be amended to identify Defendant 1012 BASS A LV PROPERTY TRUST as 1012 NC PROPERTY TRUST, TRUSTEE FOR 1012 BASS A LV PROPERTY TRUST (**1012 Trustee**).

| | |
|---|---|
| Fidelity National Law Group | Brauer, Driscoll, Sun and Associates |
| /s/Christina H. Wang | /s/Jeff Brauer |
| CHRISTINA H. WANG, ESQ. | JEFF BRAUER, ESQ. |
| Nevada Bar No. 9713 | Nevada Bar No. 13834 |
| 1701 Village Center Circle, Suite 110 | 3333 East Serene, Suite 150 |
| Las Vegas, Nevada 89134 | Henderson, Nevada 89074 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant 1012 Trustee* |

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**Dated:** April 24, 2018

*THE LAW OFFICES OF BRAUER DRISCOLL SUN AND ASSOC LLC*
*3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 388-8300