1 Christina H. Wang
Nevada Bar No. 9713
2 FIDELITY NATIONAL LAW GROUP
3 1701 Village Center Circle, Suite 100
Las Vegas, Nevada 89134
4 Telephone: (702) 667-3000
Facsimile: (702) 697-2020
5 Email: christina.wang@fnf.com
*Attorneys for Plaintiff*
6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

| 9  | MLS HOLDINGS, LLC, | Case No.: 2:18-cv-00477-GMN-PAL |
|----|---|---|
| 10 | Plaintiff, | |
| 11 | v. | **STIPULATION AND [PROPOSED] ORDER ON DEADLINE FOR DEFENDANTS TO FILE ANSWER TO PLAINTIFF'S COMPLAINT (DKT 1)** |
| 12 | 1012 BASS A LV PROPERTY TRUST; NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION; DOES I through X and BLACK AND WHITE CORPORATIONS I through X, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | **(First Request for Defendant Newport Cove Condominium Unit Owners Association; Second Request for Defendant 1012 Bass A LV Property Trust)** |
| 16 | | |
| 17 | | |

18

19        **IT IS HEREBY STIPULATED AND AGREED** by and between Christina H. Wang,

20 Esq. of Fidelity National Law Group, counsel for Plaintiff MLS Holdings, LLC ("Plaintiff") and

21 Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates, counsel for Defendants 1012 NC

22 Property Trust, Trustee for 1012 Bass A LV Property Trust and Newport Cove Condominium Unit

23 Owners Association ("Defendants"), that the deadline for Defendants to file their Answers to

24

25 / / /

26 / / /

27 / / /

28

Plaintiff's Complaint will be May 4, 2018.

DATED this 20th day of April, 2018.

| FIDELITY NATIONAL LAW GROUP | BRAUER, DRISCOLL, SUN AND ASSOCIATES |
|---|---|
| /s/Christina H. Wang | /s/Jeff Brauer |
| CHRISTINA H. WANG, ESQ. | JEFF BRAUER, ESQ. |
| Nevada Bar No. 9713 | Nevada Bar No. 13834 |
| 1701 Village Center Circle, Suite 110 | 3333 East Serene, Suite 150 |
| Las Vegas, Nevada 89134 | Henderson, Nevada 89074 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**Dated:** April 24, 2018

Page 2 of 2