Christina H. Wang
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 100
Las Vegas, Nevada 89134
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MLS HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 1012 NC PROPERTY TRUST, TRUSTEE FOR 1012 BASS A LV PROPERTY TRUST; NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION; DOES I through X and BLACK AND WHITE CORPORATIONS I through X, <br><br> Defendants. | Case No.: 2:18-cv-00477-GMN-PAL <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AND TO RELEASE LIS PENDENS** |

IT IS HEREBY STIPULATED AND AGREED by and between Christina H. Wang, Esq. of the Fidelity National Law Group, counsel for Plaintiff MLS Holdings, LLC ("Plaintiff"); and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates LLC, counsel for Defendants 1012 NC Property Trust, Trustee for 1012 Bass A LV Property Trust, and Newport Cove Condominium Unit Owners Association, as follows:

IT IS HEREBY STIPULATED AND AGREED that this case shall be dismissed in its entirety with prejudice.

IT IS FURTHER STIPULATED AND AGREED that that each party shall bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's Notice of Lis Pendens,

Fidelity National
Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

filed in this Court on March 16, 2018 (Doc 3) and recorded in the Official Records of the Clark County, Nevada Recorder on March 21, 2018 as Instrument No. 20180321-0002884, referring to the real property described therein and commonly known as 1012 Bass Drive # A, Henderson, NV 89014, APN 178-06-511-038, is hereby released from the record.

DATED this 31st day of May, 2018.

| FIDELITY NATIONAL LAW GROUP | BRAUER, DRISCOLL, SUN AND ASSOCIATES |
|---|---|
| /s/ Christina H. Wang | /s/ Jeff Brauer |
| CHRISTINA H. WANG, ESQ.<br>Nevada Bar No. 9713<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff* | JEFF BRAUER, ESQ.<br>Nevada Bar No. 13834<br>3333 East Serene, Suite 150<br>Henderson, Nevada 89074<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated this 20 day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Fidelity National Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000